| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Javier H. Castillo, Esq., SBN 219587<br>Heritage Pacific Law Group, PC<br>145 E. Rowland Street, Suite A<br>Covina, CA 91723<br>Tel. (888) 229-0089<br>Fax (888) 229-0087<br>e-mail: JHCECF@gmail.com<br><br>☑ *Attorney for* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br><br>                                Debtor(s), | CHAPTER<br><br>CASE NUMBER |
|---|---|
| <br>                           Plaintiff(s),<br><br>vs.<br><br><br><br>                              Debtor(s). | ☐ ADVERSARY NUMBER (if applicable)<br>☑ See attached list for multiple cases that require an update to the attorneys information |

## NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, __Javier H. Castillo__ , __219587__ , __JHCECF@gmail.com__
        *Name*          *Bar ID Number*          *E-Mail Address*

☐ am **counsel of record** or
☐ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

_____

☑ am **counsel of record** or
☐ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

**PROVIDE ONLY THE INFORMATION THAT HAS CHANGED**

Attorney Name changed to_____
New Firm/Government Agency Name __Castillo Law Firm__
New Address __145 E. Rowland Street, Suite A__
New Telephone Number __(626) 331-2327__ New Facsimile Number __(888) 229-0087__
New E-Mail Address __JHCECF@gmail.com__

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

### ☒ TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:
☒ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

### ❏ TO BE TERMINATED FROM THE CASE:**
❏ I am, or
❏ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

Note: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

### CHECK ONE BOX
❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
❏ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
❏ I am, or
❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.

Dated: 7/25/17

Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.

| Debtor | Case No. |
|---|---|
| Francisco Javier Soto | 2:12-bk-27692-ER |
| Frank Narvaez and Rosemarie Quijano Valdez-Narvaez | 2:13-bk-15238-NB |
| Rutger Deverall | 2:17-bk-16132-BR |
| Kristen Johnston | 2:17-bk-16133-BB |
| Saundra Patricia Zamudio | 2:17-bk-16166-BB |
| Margarita Reina Compoi | 2:17-bk-18931-RK |
| Roehl D Guerrero and Ethel D Guerrero | 6:11-bk-44100-MH |
| Mark E Long and Rachelle S Long | 6:12-bk-11092-MH |
| Waldo Enrique DeCastroverde and Lucy Eulalia DeCastroverde | 6:12-bk-13792-MH |
| Seth J Martin and Amy S Martin | 6:12-bk-15240-MJ |
| April S Flores and Gregory P Flores | 6:12-bk-18567-MH |
| Anthony R Williams, Sr. and Adrienne R Williams | 6:12-bk-22612-SY |
| Fred Boakye Asafu-Adjaye and Esther Serwaa Asafu-Adjaye | 6:12-bk-23316-WJ |
| James O Swift and Kim Swift | 6:12-bk-23457-WJ |
| Michael L Anderson | 6:12-bk-23627-MH |
| Sandra E Duncan | 6:12-bk-27946-MJ |
| Larry Wayne Lesley and Kathleen Carol Lesley | 6:12-bk-28002-WJ |
| John David Rinaldi and Kendra Lynn Rinaldi | 6:12-bk-37566-MH |
| Donna Lynn Dobbins | 6:13-bk-11837-MJ |
| Juana Judith Mejia | 6:13-bk-13116-MH |
| Christopher Viloria Corcino and Christina Elaine Corcino | 6:13-bk-17762-SY |
| Harry Comerford and Brenda M Comerford | 6:13-bk-18847-SY |
| Rosemary Ann Pearson | 6:13-bk-19432-SY |
| Virgilio G. Soribello and Rosario S. Soribello | 6:13-bk-22903-WJ |
| David R. Roberts and Crystal A Roberts | 6:13-bk-23032-MH |
| Jeffrey Steven Szilagyi and Jessica Marie Szilagyi | 6:13-bk-29655-MH |

| | |
|---|---|
| Raymond T. Jones and Crystal D Jones | 6:13-bk-29797-MH |
| Cecilio Garcia and Jennifer Garcia | 6:14-bk-14053-SY |
| Robert M Rud and Judith L Rud | 6:14-bk-15745-MJ |
| John W Zook and Elizabeth A Elizondo-Zook | 6:14-bk-16916-MJ |
| Michael P Bieger and Marilyn E Bieger | 6:14-bk-17932-MH |
| Igor Sokolov and Galina Sokolova | 6:14-bk-18589-MH |
| Richard Lee Harris | 6:14-bk-18941-MH |
| Miguel Campos | 6:14-bk-21704-MJ |
| Susan Frances Lawrence | 6:14-bk-22177-MJ |
| Spencer Kauka Parker and Mary Analda Harvey-Parker | 6:14-bk-24103-MJ |
| Margret Hill | 6:15-bk-14163-WJ |
| Todd James Condon and Erica Lane Condon | 6:15-bk-14295-WJ |
| Chad Christian Calonder | 6:15-bk-14791-MJ |
| Donald Joseph Ackerman and Brenda Carol Ackerman | 6:15-bk-16230-MJ |
| Kenneth Edward Peardon | 6:15-bk-16613-MH |
| Rebbeca L Martin | 6:15-bk-18431-MJ |
| Brian Douglas Winland and Darla Kay Winland | 6:15-bk-18838-WJ |
| David Wesley Crist and Suzanne Marie Crist | 6:15-bk-19016-MJ |
| Kevan A Green and Dina J Green | 6:16-bk-10251-SY |
| Enrique Junior Sandoval and Veronica Rosales Sandoval | 6:16-bk-11114-SY |
| Lynne Anne Rellins | 6:16-bk-11655-MH |
| Laurie L Burns | 6:16-bk-11780-MJ |
| Abdolreza Panahandeh and Nosratolmolook Panahandeh | 6:16-bk-11781-MH |
| Edward Valdez Lopez and Marie Ann Lopez | 6:16-bk-14401-MJ |
| Edward James Hill | 6:16-bk-17843-WJ |
| David Paul Zamarripa and Ruth Zamarripa | 6:16-bk-20494-MH |
| Giovanni Agostino Nanci and Stephanie Suzanne Nanci | 6:16-bk-20563-MJ |

| | |
|---|---|
| Sean Kirkpatrick | 6:17-bk-10808-MJ |
| Christian Jay Asistores | 6:17-bk-13939-MJ |
| Rafael Guijosa and Juana Guijosa | 6:17-bk-13957-MH |
| Chun Hon Denis McDaniel and Melissa Ramminger | 6:17-bk-14205-SY |
| Jude Okwor | 6:17-bk-14972-MJ |
| John F Ferrara and Ruth E Ferrara | 6:17-bk-16214-MJ |